# Exhibit 2

Charted Claims:

Method Claim: 11

| US8610573 | Smart and Green Point LED table lamp ("Accused Product") |
|---|---|
| 11. A method of wirelessly transmitting data comprising: | The accused product forms a system which practices a method of wirelessly transmitting data.<br><br>As shown below, the accused product is complaint with Bluetooth Mesh Protocol for wirelessly transmitting data.<br><br><br>https://www.smartandgreenusa.com/products/egg-1 |






Bluetooth, cordless, rechargeable, durable, and waterproof, the LED **Point** table lamp perfectly blends into your interior. As a table lamp with a candle option or as a night lamp through the dimmer settings, this all-terrain lamp will seduce you by its small size and its wireless Bluetooth technology. Energy efficient.

**Dimmensions:** Small: W 4.3" x H 5.5" / Large: W 6.3" x H 8.3"
**Lumens/CRI:** 120 Lumens / 85 CRI
**Power:** LED. 1.2W / 110-240V

https://www.smartandgreenusa.com/products/egg-1

## Technology  —

SmartMesh® technology is a SMART AND GREEN exclusive. Unlike classical Bluetooth systems, Bluetooth SmartMesh® allows wireless lamps to communicate with each other. This technology converts Bluetooth receivers into transmitters so the received signal can be sent to another receiver located less than 65 foot away. From one receiver to another, a total distance of about 0.6 mile can be covered.

https://www.smartandgreenusa.com/products/egg-1



https://www.smartandgreenusa.com/products/egg-1



| | |
|---|---|
| |  MODES<br><br>selected colors<br>mode dynamic (unlimited colors)<br>candle effect (flickering yellow/blue)<br><br>https://cdn.shopify.com/s/files/1/0582/9407/5588/files/SAG-Fiche_prod-POINT-2017-01-13.pdf?v=1629756456 |
| transmitting a data packet on at least one frequency from a first location, the data packet including at least one repeat signal with an initialized value for a first transmission; | The standard discloses transmitting a data packet (e.g., Network PDU) on at least one frequency (e.g., 2.4 GHz, ISM Band) from a first location (e.g., transmitting node), the data packet including at least one repeat signal (e.g., Time To Live (TTL) field) with an initialized value (e.g., default TTL value or as specified by the transmitting node) for a first transmission (e.g., from transmitting node to intermediate/relay node).<br><br>As shown below, the standard discloses transmitting a network PDU (e.g., data packet) consisting of TTL field (e.g., at least one repeat signal) having a TTL value (e.g., initialized value) that is set by the transmitting node (e.g., first location) on BLE 2.4GHz ISM band frequency to the intermediate/relay node (e.g., first transmission). |

## Bluetooth® LE

The Bluetooth LE radio is designed for very low power operation. Transmitting data over 40 channels in the 2.4GHz unlicensed ISM frequency band, the Bluetooth LE radio provides developers a tremendous amount of flexibility to build products that meet the unique connectivity requirements of their market. Bluetooth LE supports multiple communication topologies, including point-to-point, broadcast and mesh. While initially known for its device communications capabilities, Bluetooth LE is now also widely used as a device positioning technology to address the increasing demand for high accuracy location services. Bluetooth LE now includes features that enable one device to determine the presence, distance, and direction of another device.

https://www.bluetooth.com/learn-about-bluetooth/tech-overview/

**Why did Espressif build a solution based on Bluetooth Mesh Networking?**

Thanks to its adoption in smartphones, gateways, and endpoints, Bluetooth® technology is one of the most ubiquitous wireless communication protocols. Its ability to work in a congested 2.4 GHz frequency band through adaptive frequency hopping (AFH), secure design, and a high degree of interoperability has made Bluetooth Mesh a robust, safe, and important local-area-network protocol. Also, the design of the Bluetooth Mesh Networking protocol can easily be extended to existing Bluetooth devices through OTA (over-the-air) upgrades if hardware resources allow.

In addition, the Bluetooth Special Interest Group (SIG) established a detailed core profile, model profile, and test suite for the Bluetooth Mesh protocol, covering common use cases and device types while ensuring the protocol's extensibility.

https://www.bluetooth.com/blog/how-espressif-built-a-bluetooth-mesh-to-unlock-the-

| | |
|---|---|
| | infinite-potential-of-the-iot/<br><br>The node that originates the message decides whether to use managed flooding or directed forwarding.<br><br>A network message caching mechanism, also specified, is designed to prevent nodes from reprocessing Network PDUs that have already been processed. Entries corresponding to recently processed Network PDUs are added to a cached list. When a Network PDU is received, it is checked against the list and is ignored if a corresponding entry is already present. If an entry is not present, then it is added to the list so that the corresponding Network PDU can be ignored in the future. This helps prevent escalation of traffic in managed flooding as well as in directed forwarding when relays overhear repeated message transmissions. To keep the list from getting too long, an implementation limits the number of messages that are cached.<br><br>Each message includes a time to live (TTL) value that limits the number of times a message can be relayed (up to a maximum of 126 times). Each time a message is received and then relayed by a node, the TTL value is decremented by 1. This allows an originator to decide how far into the network the message is propagated.<br>Source: Bluetooth Mesh Protocol v1.1 |

### 3.4.4 Network PDU

The mesh Network PDU format is defined in Table 3.10 and illustrated in Figure 3.9 below:

| Field Name | Bits | Description | Req. |
|---|---|---|---|
| IVI | 1 | Least significant bit of IV Index | M |
| NID | 7 | Value derived from the NetKey used to identify the EncryptionKey and PrivacyKey used to secure this PDU | M |
| CTL | 1 | Network Control | M |
| TTL | 7 | Time To Live | M |
| SEQ | 24 | Sequence number | M |
| SRC | 16 | Source address | M |
| DST | 16 | Destination address | M |

Source: Bluetooth Mesh Protocol v1.1

Network PDUs are secured using keys derived from a single network key, as identified by the NID field.



*Figure 3.9: Network PDU format*

Source: Bluetooth Mesh Protocol v1.1

## 4.2.8 Default TTL

The Default TTL state determines the TTL value used when sending messages. The Default TTL is applied by the access layer or by the upper transport layer unless the application or functionality specifies a TTL. The Default TTL values are defined in Table 4.23.

| Value | Description |
|---|---|
| 0x00, 0x02–0x7F | The Default TTL state |
| 0x01, 0x80–0xFF | Prohibited |

*Table 4.23: Default TTL values*

| | |
|---|---|
| | Source: Bluetooth Mesh Protocol v1.1<br><br>### 3.4.4.4 TTL<br><br>The TTL field is a 7-bit field. The TTL field values are defined in Table 3.12.<br><br>| Value | Description |<br>|---|---|<br>| 0 | Network PDU has not been relayed and will not be relayed. |<br>| 1 | Network PDU has been relayed and will not be relayed. |<br>| 2 - 126 | Network PDU has been relayed or Network PDU has not been relayed. Network PDU can be relayed. |<br>| 127 | Network PDU has not been relayed and can be relayed. |<br><br>*Table 3.12: TTL field values*<br><br>The initial value of this field is set by the transmitting layer (lower transport layer, upper transport layer, access, foundation model, model) or an application and used by the network layer when operating as a Relay node or as a Directed Relay node.<br><br>The use of the TTL value of zero allows a node to transmit a Network PDU that it knows will not be relayed, and therefore the receiving node can determine that the sending node is a single radio link away. The use of a TTL value of one or larger cannot be used for such a determination.<br>Source: Bluetooth Mesh Protocol v1.1 |
| receiving the data packet at a second location; | The standard discloses receiving the data packet (e.g., Network PDU) at a second location (e.g., intermediate/relay node).<br><br>As shown below, the standard discloses receiving the network PDU (e.g., data packet) in mesh network at an intermediate/relay node (e.g., second location) from the transmitting node (e.g., first location) to be transmitted to the next intended location (e.g., next receiving/end node). |

### 3.4.4.4 TTL

The TTL field is a 7-bit field. The TTL field values are defined in Table 3.12.

| Value | Description |
|-------|-------------|
| 0 | Network PDU has not been relayed and will not be relayed. |
| 1 | Network PDU has been relayed and will not be relayed. |
| 2 - 126 | Network PDU has been relayed or Network PDU has not been relayed. Network PDU can be relayed. |
| 127 | Network PDU has not been relayed and can be relayed. |

*Table 3.12: TTL field values*

The initial value of this field is set by the transmitting layer (lower transport layer, upper transport layer, access, foundation model, model) or an application and used by the network layer when operating as a Relay node or as a Directed Relay node.

The use of the TTL value of zero allows a node to transmit a Network PDU that it knows will not be relayed, and therefore the receiving node can determine that the sending node is a single radio link away. The use of a TTL value of one or larger cannot be used for such a determination.

Source: Bluetooth Mesh Protocol v1.1

| determining whether the at least one repeat signal is at the initialized value; | The standard discloses determining whether the at least one repeat signal (e.g., Time To Live (TTL) field) is at the initialized value (e.g., default TTL value or as specified by the transmitting node).<br><br>As shown below, the standard discloses determining at the intermediate/relay node after receiving the network PDU (e.g., data packet) from the transmitting node whether the Time to Live (TTL) field (e.g., at least one repeat signal) is at default TTL value or as specified (e.g., initialized value). |

### 4.2.8  Default TTL

The Default TTL state determines the TTL value used when sending messages. The Default TTL is applied by the access layer or by the upper transport layer unless the application or functionality specifies a TTL. The Default TTL values are defined in Table 4.23.

| Value | Description | |
|-------|-------------|---|
| 0x00, 0x02–0x7F | The Default TTL state | |
| 0x01, 0x80–0xFF | Prohibited | |

*Table 4.23: Default TTL values*

Source: Bluetooth Mesh Protocol v1.1

### 3.4.4.4  TTL

The TTL field is a 7-bit field. The TTL field values are defined in Table 3.12.

| Value | Description |
|---|---|
| 0 | Network PDU has not been relayed and will not be relayed. |
| 1 | Network PDU has been relayed and will not be relayed. |
| 2 - 126 | Network PDU has been relayed or Network PDU has not been relayed. Network PDU can be relayed. |
| 127 | Network PDU has not been relayed and can be relayed. |

*Table 3.12: TTL field values*

The initial value of this field is set by the transmitting layer (lower transport layer, upper transport layer, access, foundation model, model) or an application and used by the network layer when operating as a Relay node or as a Directed Relay node.

The use of the TTL value of zero allows a node to transmit a Network PDU that it knows will not be relayed, and therefore the receiving node can determine that the sending node is a single radio link away. The use of a TTL value of one or larger cannot be used for such a determination.

Source: Bluetooth Mesh Protocol v1.1

| | |
|---|---|
| transmitting the data packet to a third location with a modified repeat bit when the at least one repeat signal is the initialized value; and | The standard discloses transmitting the data packet to a third location (e.g., receiving/end node) with a modified repeat bit (e.g., Time To Live (TTL) value decremented by 1) when the at least one repeat signal (e.g., Time To Live (TTL) field) is the initialized value (e.g., default TTL value or as specified by the transmitting node). <br><br> As shown below, the standard discloses determining at the intermediate/relay node after receiving the network PDU (e.g., data packet) from the transmitting node whether the Time to Live (TTL) field (e.g., at least one repeat signal) is at default TTL value (e.g., initialized value) and if the at least one repeat signal is at its initialized value, it |

decrements the Time To Live (TTL) value by 1 (e.g., modified repeat bit) and transmits the network PDU (e.g., data packet) to the next receiving/end node (e.g., third location).

The node that originates the message decides whether to use managed flooding or directed forwarding.

A network message caching mechanism, also specified, is designed to prevent nodes from reprocessing Network PDUs that have already been processed. Entries corresponding to recently processed Network PDUs are added to a cached list. When a Network PDU is received, it is checked against the list and is ignored if a corresponding entry is already present. If an entry is not present, then it is added to the list so that the corresponding Network PDU can be ignored in the future. This helps prevent escalation of traffic in managed flooding as well as in directed forwarding when relays overhear repeated message transmissions. To keep the list from getting too long, an implementation limits the number of messages that are cached.

Each message includes a time to live (TTL) value that limits the number of times a message can be relayed (up to a maximum of 126 times). Each time a message is received and then relayed by a node, the TTL value is decremented by 1. This allows an originator to decide how far into the network the message is propagated.

Source: Bluetooth Mesh Protocol v1.1

<table>
<tr>
<td></td>
<td>

For each row in Table 3.13, if the Network PDU is delivered from the bearer identified in the Inbound Bearer column, and is secured using the security material identified in the Inbound Security Material column, and all conditions in the Conditions column are met, then the actions in the Additional Actions column, if present, shall be executed, and the Network PDU shall be retransmitted to network interface(s) identified by the Outbound Bearers column using the security material identified in the Outbound Security Material column. The IV Index used when retransmitting the Network PDU shall be the same IV Index as in the received Network PDU. <u>The TTL field value of the retransmitted Network PDU shall be equal to the</u>

 Bluetooth SIG Proprietary                                                                 Page **64 of 867**

Mesh Protocol / Specification

<u>TTL field value of the received Network PDU decremented by 1</u>. The network key used when retransmitting the Network PDU depends on whether the node is a Subnet Bridge node.

Source: Bluetooth Mesh Protocol v1.1

</td>
</tr>
<tr>
<td>

discarding the data packet when the value of the at least one repeat signal is different from the initialized value.

</td>
<td>

The standard discloses discarding the data packet (e.g., Network PDU) when the value of the at least one repeat signal (e.g., Time To Live (TTL) field) is different from the initialized value (e.g., default TTL value or as specified by the transmitting node).

As shown below, the standard discloses determining at the intermediate/relay node after receiving the network PDU (e.g., data packet) from the transmitting node whether the Time to Live (TTL) field (e.g., at least one repeat signal) is at default TTL value (e.g., initialized value) by using Frame Check Sequence (FCS) and if there is an FCS error, it

</td>
</tr>
</table>

indicates that the value of the at least one repeat value is different from the initialized value and the network PDU (e.g., data packet) is thereby discarded.

### 3.3.5 Frame Check Sequence (2 octets)

The Frame Check Sequence (FCS) is 2 octets. This field is mandatory in Retransmission and Flow Control modes. Whether it is present or absent in Enhanced Retransmission and Streaming modes is configurable (see Section 5.5).

The FCS is constructed using the generator polynomial $g(D) = D^{16} + D^{15} + D^2 + 1$ (see Figure 3.10). The 16 bit LFSR is initially loaded with the value 0x0000, as depicted in Figure 3.11. The switch S is set in position 1 while data is shifted in, LSB first for each octet. After the last bit has entered the LFSR, the switch is set in position 2, and the register contents are transmitted from right to left (i.e. starting with position 15, then position 14, etc.). The FCS covers the Basic L2CAP header, Control, L2CAP SDU Length, and Information Payload fields, if present, as shown in Figure 3.3.

Source: Bluetooth Specification Core v5.3

### 3.3.6 Invalid Frame Detection (Retransmission and Flow Control modes)

For Retransmission mode and Flow Control mode, a received PDU shall be regarded as invalid if one of the following conditions occurs:

1. Contains an unknown CID.

2. Contains an FCS error.

3. I-frame with a payload size greater than the maximum PDU payload size (MPS).

4. I-frame that has fewer than 8 octets (i.e., PDU Length less than 4).

5. I-frame with SAR=0b01 (Start of L2CAP SDU) that has fewer than 10 octets (i.e., PDU Length less than 6).

6. I-frame with SAR bits that do not correspond to a normal sequence of either unsegmented or start, continuation, end for the given CID.

7. S-frame where the PDU Length field is not equal to 4.

These error conditions may be used for error reporting.

Source: Bluetooth Specification Core v5.3

### 3.3.7  Invalid Frame Detection algorithm

For Enhanced Retransmission mode and Streaming mode the following algorithm shall be used for received PDUs. It may be used for Retransmission mode and Flow Control mode:

1. Check the CID. If the PDU contains an unknown CID then it shall be ignored.

2. Check the FCS. If the PDU contains an FCS error then it shall be ignored. If the channel is configured to use "No FCS" then the PDU is considered to have a good FCS (no FCS error).

3. Check the following conditions. If one of the conditions occurs the channel shall be closed or in the case of fixed channels the ACL shall be disconnected.

Source: Bluetooth Specification Core v5.3